HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CEC ELECTRICAL CONTRACTING LLC, et al.,<br><br>Defendants. | CASE NO. C18-1166 RAJ<br><br>ORDER |

This matter comes before the Court on Plaintiffs' "Response to Minute Order at Dkt. 8 and Renewed Motion to Extend the Deadline to Serve Defendant John W. Chase And to for [sic] Alternative Service" (Dkt. # 12) and "Motion to Enlarge Time to for [sic] Process Service on Defendant John W. Chase" (Dkt. # 14). No response has been filed to either of Plaintiffs' Motions. For the reasons that follow, the Court **GRANTS** Plaintiffs' Motions. Dkt. ## 12, 14.

ORDER- 1

Plaintiffs request another extension to perfect service on Mr. Chase, and for authorization to serve Mr. Chase via publication pursuant to Fed. R. Civ. P. 4(e)(1) and RCW 4.28.100. Dkt. # 14 at 4. Federal Rule of Procedure 4(e)(1) allows Plaintiff to effect service "pursuant to the law of the state in which the district is located." Washington law holds that "[s]ubstitute service by mail or constructive service by publication is permissible when the plaintiff sets forth the following facts: (1) that the defendant could not be found in Washington after a diligent search, (2) that the defendant was a resident of Washington, and (3) that the defendant had either left the state or concealed himself within it, with intent to defraud creditors or avoid service of process." *Pascua v. Heil*, 126 Wn. App. 520, 526, 108 P.3d 1253 (2005); *see also* RCW 4.28.100(2).

Plaintiffs have established all the necessary requirements to warrant service by publication under Washington law. Plaintiffs have filed a declaration showing that they have made repeated attempts to locate and contact Mr. Chase through mail and personal service at multiple addresses, with no success. Dkt. # 15, ¶¶ 3-10. Plaintiffs have hired investigators and conducted skip trace investigations to determine the proper service address for Mr. Chase, and have located personal service addresses at Mr. Chase's property in Washington, to no avail. Plaintiffs have also shown that Mr. Chase was at one point a Washington resident, and is either still in Washington but is concealing himself or has personally exited Washington to avoid service. *Id*. at ¶¶ 3-10, Exs. 2-9. Plaintiffs have attempted to serve Mr. Chase at least twelve times, at multiple addresses, but it appears that he is avoiding service. *Id*.

Accordingly, Plaintiffs' Motions are **GRANTED**. Dkt. ## 12, 14. Plaintiffs are directed to promptly initiate service by publication on Defendant John W. Chase under RCW 4.28.100, 4.28.110, and Fed. R. Civ. P. 4(e). Plaintiffs are authorized to execute the proposed summons at Dkt. # 14-2, as specified by RCW 4.28.110, for purposes of service by publication. Furthermore, the time to serve Defendant John W. Chase is

enlarged ninety (90) days from the date of this order.  No further extensions will be granted.

Dated this 20th day of May, 2019.

The Honorable Richard A. Jones
United States District Judge